**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUUL LABS, INC., | |
| Plaintiff, | Civil Action No 3:22-cv-01399 (SRU). |
| v. | |
| SMOKE TOKE LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff Juul Labs, Inc., who, having reached a settlement with the Defendant, and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses the above Civil Action against Defendant with prejudice.

Respectfully,

JUUL LABS, INC.
Plaintiff

By  /s/ JOHN C. LINDERMAN
JOHN C. LINDERMAN
ct04291
lind@ip-lawyers.com
GERALD L. DEPARDO
ct15134
depardo@ip-lawyers.com
MCCORMICK, PAULDING & HUBER PLLC
CityPlace II, 18th Flr
185 Asylum Street
Hartford, CT 06103-3410
Ph: 860 549-5290
Fax: 860 527-0464
Its Attorneys

CERTIFICATE OF SERVICE


     I hereby certify that on April 14, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail or process to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


      /s/  John C. Linderman
      John C. Linderman